THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FARRIS DWAYNE GRIFFIN**                                                                                       **PETITIONER**
Reg #08271-063

v.                               Case No. 2:23-cv-00018-KGB

**JOHN P. YATES,**                                                                                                 **DEFENDANT**
Warden, Forrest City-Medium

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). Petitioner Farris Dwayne Griffin did not object to the Recommendation, and the time for objecting has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 12). The Court dismisses without prejudice Mr. Griffin's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). All requested relief is denied.

It is so ordered this 7th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge